**Opinion issued April 10, 2025**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-25-00061-CV

—————————————

**NATIONS EQUIPMENT FINANCE, LLC, Appellant**

**V.**

**SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, Appellee**

---

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-44837**

---

## MEMORANDUM OPINION

Appellant Nations Equipment Finance, LLC filed an Unopposed Motion to Voluntarily Dismiss Restricted Appeal requesting an order from this Court "dismissing the above captioned restricted appeal." No cross appeal has been filed and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

We grant Appellant's motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).  All other pending motions are denied as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.